# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140689

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEWUAN ISAAC SIMMONS,
      Defendant-Appellant.

SC: 140689
COA: 295345
Washtenaw CC: 08-002191-FC

_____/

On order of the Court, the application for leave to appeal the January 22, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

s0621